

**Entered on Docket
August 11, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

JAMES H. WOODALL (NV Bar #3847)
Law Offices of James H. WOODALL
10653 River Front Pkwy, Ste 290
South Jordan, Utah  84095
Telephone (801) 254-9450
Facsimile (801) 254-9451
email: jw@utahtrustee.com

Nevada Office
8275 South Eastern Avenue
Las Vegas, Nevada  89123
Attorneys for Secured Creditor

Law Offices of Les Zieve
18377 Beach Blvd, Suite 210
Huntington Beach, CA 92648
P: 714-848-7920 Ext. 343 | F: 714-848-7650

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Case No.: BK-S-09-19126 BAM<br>Chapter 13 |
| **MARIO CASTANEDA,** | **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |
| Debtor. | |
| | Date:     August 10, 2010<br>Time:     1:30 PM |

U.S. Bank National Association, as Trustee under Pooling and Servicing Agreement dated as of December 1, 2006 Master Asset-Backed Securities Trust 2006-HE5 Mortgage Pass-Through Certificates, Series 2006-HE5,  C/O HomEq Servicing 's ("Secured

1 Creditor's") Motion for Relief From Automatic Stay, filed July 7, 2010 came on for hearing on

2 August 10, 2010 before the Honorable Bruce A Markell, appearances as noted.

        Good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay is vacated and extinguished as to the property located at 6090 Dewberry Court, Las Vegas, NV 89110 in favor of Secured Creditor. Secured Creditor shall provide debtor not less than seven days notice of the date, time, and place of any sale regarding the property.

        SUBMITTED this   11th day of August, 2010.

                                  /s/ James H. Woodall
                                JAMES H. WOODALL
                                Attorney for Secured Creditor
                                 ###

## CERTIFICATION OF COUNSEL

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☑ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                                /s/ John W. Murray  
                                       An Employee of Law Offices of James H. Woodall